# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| IBRAHIM BARRIE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. 4:17-cv-01775-MHH-HNJ |
| | ) |
| DEPARTMENT OF HOMELAND | ) |
| SECURITY, et al., | ) |
| | ) |
| Respondents. | |

## MEMORANDUM OPINION

When petitioner Ibrahim Barrie filed his 28 U.S.C. § 2241 petition in this matter, he was being held in the Etowah County Detention Center as an Immigration and Customs Enforcement (ICE) detainee subject to a final order of deportation dated October 22, 2012, and Mr. Barrie sought release pending his final removal from the United States. (Doc. 1).

On April 3, 2018, the respondents filed a motion to dismiss this action as moot because Mr. Barrie was removed from the United States to Sierra Leone on March 16, 2018. (Doc. 15; Doc. 15-1).[1] A court must dismiss a case as moot if the

---

[1] On April 16, 2018, the magistrate judge entered an order advising Mr. Barrie of his right to respond to the motion to dismiss within 20 days. (Doc. 16). The Clerk mailed a copy of the April 16, 2018 order to Mr. Barrie at his address of record at the Etowah County Detention Center. The Postal Service returned Mr. Barrie's copy of the order to the Clerk with the following notations: "Return to Sender," "Refused," and "Unable to Forward." (Doc. 17). In the declaration that the respondents filed in support of their motion to dismiss, the respondents

court no longer can provide "meaningful relief." *Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003) (citations omitted).

In his petition, Mr. Barrie asks the Court to order his release from ICE custody. (Doc. 1). Because the record demonstrates that Mr. Barrie no longer is in ICE custody, the Court cannot provide meaningful relief, and Mr. Barrie's petition is moot. Accordingly, the Court will grant the respondents' motion to dismiss.

The Court will enter a separate final order. The Court directs the Clerk to please mail a copy of this memorandum opinion and of the docket sheet in this matter to Mr. Barrie at 4504 N. New Hope Rd., Raleigh, NC, 27612.

**DONE** and **ORDERED** this May 25, 2018.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE

---

stated that Mr. Barrie "provided a forwarding address of 4504 N. New Hope Rd., Raleigh, NC, 27612." (Doc. 15-1, p. 1). It does not appear that the magistrate judge's order was mailed to Mr. Barrie's forwarding address. Should Mr. Barrie wish to challenge the dismissal of his petition, he may file a motion seeking relief from the final judgment in this matter.